# Exhibit 1

June 21, 2023

Dear Judge Michelson,

RE: John David

My name is Carleen David. I am the wife of John David. On October 17, 2023, John and I will happily celebrate our 25th Wedding Anniversary! We began dating in 1996 so I have known John for 27 years. What intrigued me about John was his passion for life, family & friends. I had never met someone so caring and loyal to not only his family but his substantial amount of friends. After spending more time with him, I realized why so many people were drawn to him. He was kind, funny, and had a magnetic personality that everyone wanted to be around- including myself.

In 1999 we welcomed our daughter Carley Rose. She is now 24 years old and has graduated with a dual major from Grand Valley State University. She is currently employed full-time at a professional business. Our son Daniel was born in 2001. He is now 22 years old and is currently pursuing his Engineering degree and Kettering University. While we are extremely proud of both our children, John had always stressed the importance of hard work. He not only talked about it, he led by example. Wether it was working all weekend, or 18-20 hour days, he always showed a strong worth ethic.

Last year was a particularly difficult year for the family due to the passing of John's beloved Mother, Rose David. John was extremely close to his Mother who is truly missed. Her strong faith and lifelong dedication to her family was obviously passed down to not only John, but myself and children.  My daughter's passion for faith and philanthropic values are because of her Grandmother.

John has suffered a degenerative medical condition. He has been diagnosed with a hereditary form of Muscular Dystrophy called Facioscapulohumeral. Refers to progressive weakness of muscles in face, shoulder blade, upper arm bone, & muscle deterioration that has since effected his walking. He has endured 5 hip replacements in recent years and still requires the assistance of a walker or cane for stability.  Throughout the numerous surgeries & lengthy physical therapy sessions, John has always remained upbeat and positive.

Since I have known John I have witnessed countless acts of kindness. I believe it is just in his nature to help others who are less fortunate or going through a difficult time. Every Christmas John helps a family in need, wether it is a monetary

donation or purchasing necessities the family has asked for. One particular instance of John's generosity has always stood out for me. He was driving to work one morning and a local radio station was doing a fundraiser for young blind girl. They were trying to raise money so she could get a dog from Leader Dogs for the Blind. Without hesitation, John drove to location but the money was already raised. He asked the young girl if there was anything else he could help with, she replied, "My friend needs a dog, could you help her?" He gave the needed donation for her friend and the young girl was in disbelief that a total stranger would help like that. But anyone who knows John would not be surprised by his act of simple human kindness.

Since John pleaded guilty to bribery I have noticed a substantial change in him. We have had numerous conversations regarding the matter and I have seen the remorse he has. He has not only been humbled by this he knows he made an unfortunate mistake. He has lived his life an honest man but the shame he has inflicted on himself and his family has not only mentally, but physically taken a toll on him. I understand the difficulty a judge has when sentencing but I ask to please reconsider a lengthy type of sentence. He has deep regret for what he has done and now has to live with the repercussions of his actions.

I thank the court for reading my letter.
Respectfully,

Carleen Ann David