# Exhibit 5a

5/19/23, 12:10 PM                Troy Family Daze Sponsor: Help Us Raise $10K for Slain West Bloomfield Officer's Family | Royal Oak, MI Patch

Case 2:22-cr-20184-LJM-APP   ECF No. 38-7, PageID.287   Filed 08/03/23   Page 2 of 6

# Patch.

& Sign up

Royal Oak, MI

✉ Subscribe

News Feed       Neighbor Posts       Local Businesses       Events

Crime & Safety

# Troy Family Daze Sponsor: Help Us Raise $10K for Slain West Bloomfield Officer's Family

Emergency Restoration employees will be collecting donations Thursday through Sunday at Troy Family Daze for the family of West Bloomfield Police Officer Patrick O'Rourke, who was killed Sunday night in the line of duty.

 Jen Anesi, Patch Staff ⓟ

Posted Thu, Sep 13, 2012 at 3:29 pm ET

 Reply



 

In the wake of West Bloomfield Police officer Patrick O'Rourke's tragic death, a memorial trust fund has been created for the decorated officer's family. And to help jump start the trust fund, owner John David said his company, which is sponsoring this year's fireworks display on Saturday, is going to be working all weekend to raise $10,000 for O'Rourke's family.

ADVERTISEMENT

ADVERTISEMENT

"We have two booths at Troy Family Daze, and we're going to be sponsoring the West Bloomfield Police Officer," David said. "We need help. I need people to stop by our booth, and I'm having the company donate t-shirts with his name on the front and pictures on the back."

O'Rourke, 39, of Fenton, was killed Sunday night in the line of duty by a man barricaded in his West Bloomfield home. He leaves behind a family of three elementary school-aged daughters, one infant son, and his widow, Amy.

Find out what's happening in Royal Oakwith free, real-time updates from Patch.

Your email address                                                                 Subscribe

David, a father of two, said the decision to turn the booths into a fundraiser for O'Rourke was a no-brainer.

"I have two children. ... When I saw that picture (of the family), it broke my heart. It really did. It broke my heart. I can't believe someone would kill someone else for no reason at all."

ADVERTISEMENT

ADVERTISEMENT

Festival attendees who wish to donate to the O'Rourke family can stop by the Emergency Restoration booths any time this Thursday through Sunday during to make a donation. Individuals may also donate online with a credit/debit card at www.westbloomfieldhero.com and can also stop by to the "Officer Patrick O'Rourke Family Trust".

"I don't care if the money is dropped off to us or they go to the website," David said. "I just want them to make donations to this man and his family. ... I want to collect $10,000 this weekend. I hope I'm not out of range, but I'm going to make it happen. One way or another, I'm collecting $10,000."

ADVERTISEMENT

For complete coverage of Officer Patrick O'Rourke, visit West Bloomfield Patch.

*Get more local news delivered straight to your inbox. Sign up for free Patch newsletters and alerts.*

ADVERTISEMENT

5/19/23, 12:14 PM  Local company works to raise $10,000 for family of slain West Bloomfield Police Officer Patrick O'Rourke

Case 2:22-cr-20184-LJM-APP   ECF No. 38-7, PageID.290   Filed 08/03/23   Page 5 of 6



## COMMUNITY

# Local company works to raise $10,000 for family of slain West Bloomfield Police Officer Patrick O'Rourke

Published: September 18, 2012 at 11:43 AM

Tags: **Community**





DETROIT - Employees from Emergency Restoration worked all weekend at Troy's Family Daze fireworks display to raise their goal of $10,000 for the family of fallen West Bloomfield Police Officer Patrick O'Rourke.

...eet their goal.



Case 2:22-cr-20184-LJM-APP ECF No. 38-7, PageID.291 Filed 08/03/23 Page 6 of 6

Company president John David is urging all metro Detroiter's to call Emergency Restoration to help reach the goal of $10,000 by calling 248-299-4500. Or, by visiting their office at 1401 East 14 Mile Road in Troy.

If you make a donation of $1,000 or more, Emergency Restoration will clean all carpets in your home for free. The offer is valid until Friday, Sept. 21 at 5pm.

David will do whatever is takes to make sure this money is raised for the O'Rourke Family. "I have two children. ... When I saw that picture (of the family), it broke my heart. It really did. It broke my heart. I can't believe someone would kill someone else for no reason at all."

The money will benefit O'Rourke's wife and found young children, who have been left behind after he was killed in a shooting incident in the line of duty on Sept. 9.

Copyright 2012 by ClickOnDetroit.com. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

## Your City

Help us localize your news by sharing your city