# Exhibit 37

# Charles Calengor's Eagle Project

# IHM Sisters Cemetery Monroe, Michigan

# June 29, 2009



















Thank you to all who helped make this project a success.

Charles

