UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

D-2 JOHN DAVID,

                Defendant.
_____/

NO. 22-20184

HON. LAURIE MICHELSON

**INDEX OF EXHIBITS**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 1 | Payments from Emergency Restoration Company and ER Reconstruction Inc. to Comfort Consulting LLC |
| 2 | Victim Impact Statement |
| 3 | Victim Impact Statement |
| 4 | Victim Impact Statement |
| 5 | Victim Impact Statement |
| 6 | Letter from BOP Regional Medical Director (Filed under Seal) |