# IMPACT STATEMENT

My name is XXXXXXXX.  I have lived in Madison Heights since XXXX.  I have X children that graduated from Madison High.  I followed the school board meetings for years.  I could never figure out how John David 's company kept getting all of the bids to do work at the Madison District schools.  Then I became aware there was never any bids and it was always considered an emergency.  Mr. David was also a very good friend of the District President, Al Morrison.  Mr. David was given  over $551,667 to make sure he would get all of the work for the Madison District.

Our district is not a very wealthy district.  This amount of money would have made a big difference in the lives and education of our students.  As far as I am concerned a lot of my tax dollars have been given to Mr. David for nothing.  Please help us recover the money that was intended for the students.   --

--
Thank you for your time.