# MEMORANDUM

TO:     The Honorable Laurie J. Michelson

FROM: XXXXXXXXX

RE:     Victim Impact Statement Pursuant to 18 USC Section 3771
United States of America v. John David

      As XXXXXXXXXXX the Board of Education of Madison District Public Schools, the extent of the public corruption that Mr. David engaged in with Mr. Albert Morrison breaks my heart. Mr. Morrison is a co-defendant in the matter and prior President of the School District's Board of Education. While Mr. David was not a board member, staff member or other person directly affiliated with the School District, his role in diverting funds that would otherwise go to the benefit of the children of this community is staggering.

      The School District is a small school district located in Oakland County. We receive children from the City of Madison and many surrounding school districts, including the Detroit Public Schools Community District. As a result of Mr. David' corruption, our small community has been split and the School District has developed a reputation that it is loose with its finances, allowing individuals to become rich at the expense of our children and those of the surrounding school districts who have chosen to send their children here.

      In fact, in light of the community division over Mr. David and Mr. Morrison, I firmly believe that the School District has lost enrollment as parents pulled their children from Madison and sent them to neighboring school districts. In 2014, the enrollment at Madison was 1,322.89. Now it stands at 867.97, largely, many believe, due to the reputational damage that Mr. David and Mr. Morrison have caused.

      As an example of this reputational damage, the School District recently experienced the embezzlement by an employee of over $25,000 in funds. Presumably, he was emboldened by the apparent success that Mr. David and Mr. Morrison enjoyed as they looted our School District.

      A recent bond issue by the School District was in part necessary because the company owned by Mr. David did not perform its work to standard and is now out of warranty. The costs of issuing these bonds and the interest expense to our taxpayers could have been avoided, I believe, if all of the work were performed in a manner that was effective. However in light of the corruption involved, Mr. David had absolutely no incentive to be effective or precise in performing the work for the School District.

      Our attorneys have spent numerous hours dealing with the fallout of Mr. David' actions, including advising on the issuance of the new bonds, dealing with raucous crowds at board meetings and parsing through their allegations in support of Mr. David, working with board of education members to detect and report the fraud that enriched Mr. David to the State, and advising on the impact of the fraud that Mr. David engaged in with others.

Other cases of public corruption have garnered large sentences. It has been widely reported in the media that the cases involving a Macomb County District and a large Wayne County district corruption cases involved substantial sentences. We believe that the students in Oakland County deserve the same justice that other students have been granted by this Honorable Court issuing a substantial sentence to Mr. David.

Mr. David public corruption has cost Madison District Public enormously, both in terms of the organizational energy staff have devoted to unraveling and unwinding the current impact of Mr. David past corruption, but also in the time and money of other professionals who have had to assist the School District in these tasks and otherwise deal with the fallout of Mr. David corrupt actions.

While Mr. David paid Mr. Morrison $561,667 in payments and also gave gifts to Mr. Morrison in the form of use of a car, gift cards, vacations and rental payments on Mr. Morrison's boat slip, this amount represents just a small fraction of the funds of which the School District lost value as it paid substantial sums, on no-bid contracts, to Mr. David.

I believe that a robust and substantial sentence is in order for Mr. David for the harm he has caused to the School District and to the community, but mostly to the students of the School District.

Sincerely,


Madison District Public Schools Board of Education